UNITED STATES OF AMERICA

v.

JAVIER FLORES-NAVARRETTE

)
)
)

CR NO: 2:12-cr-00004-TLN

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum                    ☐ Ad Testificandum.

Name of Detainee:          **JAVIER FLORES-NAVARRETTE**

Detained at (custodian):          **Folsom State Prison**

Detainee is:     a.)     ☒     charged in this district:
                              ☒ Indictment          ☐ Information          ☐ Complaint
                              Charging Detainee With:          **Deported Alien Found in the United States**

        or     b.)     ☐     a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)     ☐     return to the custody of detaining facility upon termination of proceedings
        or     b.)     ☒     be retained in federal custody until final disposition of federal charges, as a sentence is
                              currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:     /s/ Nirav Desai
Printed Name & Phone No: **NIRAV DESAI/916-554-2716**
Attorney of Record for:          United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to
be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named
custodian.

July 1, 2013
Date

/s/ Kendall J. Newman
United States District/Magistrate Judge

Please provide the following, if known:

| AKA(s) (if applicable): | Javier Flores | Male ☒ | Female ☐ |
| Booking or CDC #: | AF6141 | DOB: | 10/23/76 |
| Facility Address: | 300 Prison Road | Race: | |
| | Represa, CA 95671 | FBI #: | |
| Facility Phone: | 916-985-2561 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)